IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA **FILED**

ALAN NOWLIN, )
)  OCT 23 2008
Petitioner, )
)  William B. Guthrie
)  Clerk, U.S. District Court
)  By_____ Deputy Clerk
v. )  No. CIV 04-228-RAW
)
GREG PROVENCE, Warden, )
)
Respondent. )

## ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner, a prisoner seeking to commence an appeal to the Tenth Circuit Court of Appeals, has filed a motion for leave to proceed *in forma pauperis* and supporting statement of institutional accounts. Having reviewed the motion, the Court finds petitioner lacks sufficient funds to prepay the filing fee pursuant to Local Rule 3.5(b). Petitioner's motion, therefore, is granted, and petitioner is authorized to proceed without prepayment of the filing fee.

**IT IS SO ORDERED** this 23rd day of October 2008.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

grant10c.hc (03/99)